```
                    IN THE UNITED STATES BANKRUPTCY COURT
                        NORTHERN DISTRICT OF NEW YORK

IN RE: AARON P MONTENA and JENNIFER L MONTENA
       Case No. 05-13623                                      SS#1 - XXX-XX-2122
                                                              SS#2 - XXX-XX-0678


       AARON P MONTENA and JENNIFER L MONTENA
       45 WESTCHESTER DR
       CLIFTON PARK, NY 12065



       MARTIN J. GOODMAN,ESQ
       784 HAMPSHIRE SEAT
       NISKAYUNA, NEW YORK 12309



                         FINAL REPORT AND ACCOUNT

This Case was              The Plan was               The Case was
commenced on  05/22/05     confirmed on 10/06/05      concluded on 08/22/08

THIS CASE IS COMPLETE                        .
     Your trustee has maintained a detailed record  of  all  receipts, including
the source or other identification of each receipt  and  of  all  disbursements.
Copies of these detailed records have been filed with the Court, or are attached
hereto, and are incorporated by reference in this report.


RECEIPTS: Amount paid to the Trustee by or for the Debtor  for  the  benefit  of
          creditors.                                            $    35260.68

--------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS         CLASS        AMOUNT      AMOUNT PAID       BALANCE
       CREDITOR'S NAME                          ALLOWED   PRINCIPAL  INTEREST    DUE
BANK OF AMERICA                    NOT FILED       .00        .00       .00     .00
CITIGROUP GLOBAL MARKETS REALT     NOT FILED       .00        .00       .00     .00
CITIMORTGAGE INC                   DIR.- PAY       .00        .00       .00     .00
COMP USA  %BENEFICIAL NAT BANK     NOT FILED       .00        .00       .00     .00
ECAST SETTLEMENT CORP              SECURED      200.00     200.00     21.80     .00
ECAST SETTLEMENT CORP              UNSECURED   3292.96     329.30       .00     .00
ECAST SETTLEMENT CORP.             SECURED      200.00     200.00     20.56     .00
ECAST SETTLEMENT CORP.             UNSECURED   1459.78     145.98       .00     .00
FIRST NY FCU                       UNSECURED  12129.76    1212.98       .00     .00
FIRST TEACHERS FEDERAL CU          NOT FILED       .00        .00       .00     .00
FIRST TEACHERS FEDERAL CU          NOT FILED       .00        .00       .00     .00
FIRST TEACHERS FEDERAL CU          NOT FILED       .00        .00       .00     .00
HONDA FINANCIAL SERVICES           NOT FILED       .00        .00       .00     .00
RESURGENT CAPITAL SERVICES         SECURED      300.00     300.00     28.11     .00
RESURGENT CAPITAL SERVICES         UNSECURED    794.20      79.42       .00     .00
ROUNDUP FUNDING, LLC               UNSECURED    486.65      48.67       .00     .00
ROUNDUP FUNDING, LLC               UNSECURED   1441.21     144.12       .00     .00
ROUNDUP FUNDING, LLC               UNSECURED   7293.17     729.32       .00     .00
SARATOGA COMMTY FCU/VISA           SECURED       10.00      10.00      1.19     .00
SARATOGA COMMTY FCU/VISA           DIR.- PAY       .00        .00       .00     .00
SARATOGA COMMTY FCU/VISA           UNSECURED  28916.32    2891.63       .00     .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
```

```
------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS      CLASS        AMOUNT     AMOUNT PAID     BALANCE
          CREDITOR'S NAME                   ALLOWED  PRINCIPAL  INTEREST    DUE
------------------------------------------------------------------------------
SEARS                          NOT FILED       .00       .00       .00      .00
TD BANKNORTH, NA               SECURED    21113.00  21113.00   2080.07      .00
TD BANKNORTH, NA               UNSECURED   8017.75    801.78       .00      .00
WELLS FARGO FINANCIAL NY, INC. SECURED      300.00    300.00     31.22      .00
WORLDWIDE FIN CAP BANK         NOT FILED       .00       .00       .00      .00
AARON P MONTENA and JENNIFER L REFUNDA      704.78    704.78
CHAPTER 7 TRUSTEE                              .00       .00
```

SUMMARY OF CLAIMS ALLOWED AND PAID
```
------------------------------------------------------------------------------
           SECURED      PRIORITY     GENERAL      SPECIAL       TOTAL
------------------------------------------------------------------TOTAL PAID
AMT. ALLOW 22123.00         .00     63831.80      704.78      86659.58  PRINCIPAL
PRIN. PAID 22123.00         .00      6383.20      704.78      29210.98  AND INT.
INT. PAID   2182.95         .00          .00                   2182.95  31393.93
------------------------------------------------------------------------------
```

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
```
         DEBTOR'S ATTORNEY              FEE ALLOWED      FEE PAID
MARTIN J. GOODMAN,ESQ                      1890.00       1890.00
------------------------------------------------------------------------------
```
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

```
   FILING FEE    ADDITIONAL CHARGES         TRUSTEE             OTHER
                ------------------------  --------------------
   & DEPOSIT     1% OF     .25 EA CLAIM   EXP. & COMPENSATION    COST
                RECEIPTS    OVER 10              FUND
   ----------  ---------  ------------   --------------------  ---------
        .00                                   988.38  988.37         .0  1976.75
```

   WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

                                        /s/ Andrea E. Celli
                                        _____
                                        ANDREA E. CELLI
                                        Chapter 13 Trustee